SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Johnson

        Plaintiff,

  vs.

Mushtaq, et al

        Defendants

Case No. **12-cv-00438-JAM-DAD**

**ORDER RE: REQUEST TO SET ASIDE ENTRY OF DEFAULT**

## ORDER

IT IS HEREBY ORDERED THAT the Entry of Default filed May 16, 2012 against Defendants, Ahmed Mushtaq and Jamali Naim be and is hereby SET ASIDE.

Date:  5/29/2012

                        /s/ John A. Mendez
                        U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com