SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Mushtaq, et al<br><br>　　　　Defendants | Case No. **12-cv-00438-JAM-DAD**<br><br>**ORDER RE: REQUEST TO SET ASIDE ENTRY OF DEFAULT** |

## ORDER

　　IT IS HEREBY ORDERED THAT the Entry of Default filed May 16, 2012 against Defendants, Ahmed Mushtaq and Jamali Naim be and is hereby SET ASIDE.

Date:  5/29/2012

　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　U. S. District Court Judge

PROPOSED ORDER RE REQUEST TO SET ASIDE ENTRY OF DEFAULT

CIV: S-12-cv-00438-JAM-DAD - 1

PDF created with pdfFactory trial version www.pdffactory.com